JOHN R. MANNING
Attorney at Law
Ca. St. Bar No. 220874
1812 J Street, Suite 22
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Billy Dixon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. S-06-036 DAD |
| ) | |
| Plaintiff, ) | AMENDED STIPULATION AND |
| ) | ORDER CONTINUING |
| v. ) | TRIAL CONFIRMATION HEARING |
| ) | AND TRIAL DATES |
| BILLY DIXON, et al., ) | |
| ) | Date:  April 4, 2006 |
| Defendants. ) | Time:  10:00 a.m. |
| _____) | Judge: Hon. Dale A. Drozd |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Matthew Stegman, Assistant United States Attorney, together with counsel for defendant Billy Dixon, John R. Manning, and counsel for defendant Tiffany Tapia, Livia Morales, that the trial confirmation hearing be **continued to June 20, 2006, at 10:00 a.m.** and the trial date be **continued to July 17, 2006 at 10:00 a.m.**[1], thus **vacating** the trial confirmation hearing now set for April 4, 2006 and the trial date now set for April 17, 2006.

---

[1] The parties have been advised by this Court's Clerk that June 20, 2006 and July 17, 2006 at 10:00 a.m. are available dates and times for the trial confirmation hearing and trial date in this matter.

1

This continuance is requested because counsel for defendant Dixon has a previously scheduled commitment the Week of April 17th which precludes him from being in trial in this Court. Continuing the trial and trial confirmation hearing will allow counsel for defendant Dixon to be available for trial in this matter.

Counsel for the parties agreed that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4 and agree to excluded time from the date of the filing of the order until the date of jury trial, July 17, 2006.

IT IS SO STIPULATED.

Dated: March 31, 2006          /s/ John R. Manning
                               JOHN R. MANNING
                               Attorney for Defendant
                               Billy Dixon

Dated: March 31, 2006          DANIEL BRODERICK
                               Federal Defender

                               /s/ Livia Morales
                               Livia Morales[2]
                               Assistant Federal Defender
                               for Defendant Tiffany Tapia

Dated: March 31, 2006          McGREGOR W. SCOTT
                               United States Attorney

                          by:  /s/ Matthew Stegman
                               MATTHEW STEGMAN [2]
                               Assistant U.S. Attorney

---

[2] John R. Manning has obtained authorization to sign on behalf of Livia Morales and Matthew Stegman.

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  CR.S-06-036-DAD |
| Plaintiff, ) | |
| v. ) | ORDER TO CONTINUE TRIAL |
| ) | CONFIRMATION HEARING AND |
| BILLY DIXON, et al., ) | TRIAL DATE |
| Defendants. ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the April 4, 2006 trial confirmation hearing be continued to June 20, 2006 at 10:00 a.m. and the April 17, 2006 trial date be continued to July 17, 2006 at 10:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to July 17, 2006.

IT IS SO ORDERED.

DATED: March 31, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

```
Ddad1/orders.criminal/dixon036.stipord
```