Ea    JAY D. CRADDOCK
CHIEF U.S. PROBATION OFFICER
2500 TULARE STREET, SUITE 3401
FRESNO, CALIFORNIA 93721
TEL: (559) 499-5700
FAX: (559) 499-5745

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
PROBATION OFFICE

REPLY TO:
501 "I" STREET, SUITE 2-500
SACRAMENTO, CA 95814
TEL: (916) 930-4300
FAX: (916) 930-4380
(HEADQUARTERS)

Visit our website at www.caep.uscourts.gov

March 27, 2008

**FILED**

MAR 2 7 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

The Honorable Dale A. Drozd
United States Magistrate Judge
Sacramento, California

RE: Tiffany Tapia
Docket Number: 2:06CR00036-02

Your Honor:

On August 29, 2006, the above-named defendant was placed on 12 months probation pursuant to Title 18 United States Code 3607, after being charged with and pleading guilty to a violation of Title 21 United States Code 844(a).

The defendant's probation expired on August 28, 2007, but no order of termination was ever entered. Therefore, it is respectfully requested the Court order dismissal of the proceedings without entering a judgment of conviction.

Respectfully,

/S/ kam

KAREN A. MEUSLING
Supervising United States Probation Officer

**RE: Tiffany Tapia**                                                                                         **Page 2**
**Docket Number: 2:06CR00036-02**

## ORDER

[X]   The court finds the defendant has completed the period of prejudgment probation pursuant to 19 USC 3607 successfully and orders dismissal of the proceedings against this defendant.

3/27/08                                                              *[signature]*
Date                                                                    Signature of Judicial Officer